UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOE N. FLOWERS,<br><br>                              Petitioner,<br><br>           -against-<br><br>FEDERAL BUREAU OF PRISONS (BOP),<br><br>                              Respondent. | 19 Civ. 8831 (LGS) |

LORNA G. SCHOFIELD, United States District Judge:

WHEREAS, by May 19, 2020, Defendant was directed to either (i) serve the Order at Dkt. No. 15 and file proof of such service on pro se Plaintiff or (ii) file a letter stating that it is unable to do so and why. No proof of service or letter was filed. It is hereby

**ORDERED** that Defendant shall either (i) file proof of service of the Order at Dkt. No. 15 or (ii) file a letter stating it is unable to do so, as soon as possible and no later than **May 22, 2020**.

Dated: May 20, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**