**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
JOE N. FLOWERS,

                Petitioner,

    -against-                                    19 **CIVIL** 8831 (LGS)

                                                    **JUDGMENT**

FEDERAL BUREAU OF PRISONS,

                Respondent.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated September 21, 2020, the Court has considered all of the arguments raised by the parties, and to the extent not specifically addressed, the arguments are either moot or without merit.  The Petition is DENIED. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith and therefore, in forma pauperis status is denied for purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962); accordingly, this case is closed.

**Dated:**  New York, New York

      September 21, 2020

                                                             **RUBY J. KRAJICK**

                                                             **Clerk of Court**
                              **BY:**       _K. Mango_
                                                               **Deputy Clerk**